**FILED**

JAN 18 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

———————oOo———————

UNITED STATES OF AMERICA

v.

GREGORY JEROME BROWN

CR No. 2:18 CR 006 KJM

WAIVER OF INDICTMENT AS TO ALL COUNTS
AND WAIVER OF VENUE IN THE DISTRICTS OF
NEVADA (COUNT 2) AND UTAH (COUNT 3)

    I, GREGORY JEROME BROWN, the above named defendant, who is accused by Information of 3 Counts of violating 18 U.S.C. § 2113(a) - Bank Robbery, after being advised of the nature of the charges, the proposed information, and of my rights, HEREBY WAIVE in open court on __1/18/2018__, prosecution by Indictment, and further, I consent that the proceeding may be charged by Information rather than by Indictment.

    I FURTHER WAIVE venue -- as regards the charges for conduct in the District of Nevada and the District of Utah -- and I consent that the matters may all be fully litigated and prosecuted (including as to imposition of sentence) in the Eastern District of California.

GREGORY JEROME BROWN
Defendant

DAVID PORTER, AFD
Counsel for Defendant

Before _____
U.S. DISTRICT / MAGISTRATE COURT JUDGE