HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GREGORY JEROME BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00006 KJM |
| Plaintiff, | **STIPULATION CONCERNING RESTITUTION; ORDER** |
| vs. | |
| GREGORY JEROME BROWN, | |
| Defendant. | JUDGE: Honorable Kimberly J. Mueller |

It is hereby stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney Michelle Rodriguez, and Defendant, GREGORY JEROME BROWN, through his undersigned counsel, Assistant Federal Defender David M. Porter, that the total amount of restitution owed by Mr. Brown is $5,860.00.

This figure is $50.00 more than the amount of restitution contemplated by the parties in the plea agreement. It appears that the amount of money taken during the robbery of the Wells Fargo Bank in Reno, Nevada, was actually $1090.00, instead of the amount listed in the plea agreement, which is $1040.00. This error appears to have been the result of a typographical error. When added to the money taken during the robbery in Auburn, California ($4,650.00) and the money taken during the robbery in St. George, Utah ($120.00), the total amount of restitution is $5,860.00. The parties agree that no other restitution is appropriate.

The parties request the court enter the order attached hereto and vacate the restitution

hearing currently set for June 11, 2018.

Date: April 18, 2018

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>U.S. Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| */s/ Michelle Rodriguez*<br>MICHELLE RODRIGUEZ<br>Assistant U.S. Attorney | */s/ David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>GREGORY JEROME BROWN |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefor, adopts the parties' stipulation in its entirety as its order. The Judgment in this matter shall reflect that the defendant, GREGORY BROWN, be ordered to pay restitution in the amount of $5,860.00.

The restitution hearing set for June 11, 2018, at 9:00 a.m. is VACATED.

DATED: April 23, 2018.

_____
UNITED STATES DISTRICT JUDGE